UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 60586
  SONIA F GREEN
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
  SSN XXX-XX-5856
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/15/05 and confirmed on 01/13/06.

2. The case was dismissed after confirmation, 09/14/2007.

3. The Debtor paid a total of $ 54070.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | 45952.92 | .00 | 45952.92 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 34946.05 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | SECURED | 5855.72 | .00 | 5855.72 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 2982.00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 117.99 | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 240.41 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 5509.87 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 89736.69 | 117.99 | 5750.28 | .00 | 95604.96 |
| PRINCIPAL PAID | 51808.64 | .00 | .00 | .00 | 51808.64 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 51808.64 | .00 | .00 | .00 | 51808.64 |

The Debtor's attorney, TIMOTHY K LIOU               , was allowed $       .00
and was paid $       .00 .

The Trustee received $   2261.36 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 12/17/07                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                          PAGE  2
         CASE NO. 05 B 60586 SONIA F GREEN
```